1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

4              UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC            )
                                          )
7          Plaintiff,       vs.           )   Case No.: 2:08-CV-07780-WDK-FMO
                                          )
8  JESSICA SIERRA,  et al,                )
                                          )        **RENEWAL OF JUDGMENT**
9          Defendant,                     )           **BY CLERK**
                                          )
10 _____)

11   Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

13    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jessica Sierra

14 and Jose Jesus Sierra, individually and d/b/a La Sierra Bar, entered on July 6, 2010, be and the

15 same is hereby renewed in the amounts as set forth below:

16      Renewal of money judgment

17         a.  Total judgment                        $     7,427.66

18         b.  Costs after judgment                  $        00.00

19         c.  Subtotal *(add a and b)*              $     **7,427.66**

20         d.  Credits                               $        00.00

21         e.  Subtotal *(subtract d from c)*        $     **7,427.66**

22         f.  Interest after judgment(.31%)         $       228.36

23         g.  Fee for filing renewal of application $        00.00

24         **h.**  Total renewed judgment (add e, f and g)  $   **7,656.02**

25 Dated: __June 4, 2020___       CLERK, by *Sharon Hall Brown*
26                                     Deputy

27 KIRY K. GRAY,
   Clerk of U. S. District Court
28

Renewal of Judgment